KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0242 JSW |
| | ) | |
| Plaintiff, | ) | ~~[PROPOSED]~~ ORDER AND |
| | ) | STIPULATION SETTING RELEVANT |
| v. | ) | TRIAL AND PRE-TRIAL DATES |
| | ) | |
| PEDRO BECERRA-NUNO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties stipulate and agree as follows:

    1.    The parties appeared on the instant matter May 11, 2006 in front of the Honorable Jeffrey S. White for trial setting.  Due to a miscalculation of the speedy trial date by the Government, the trial was set for June 12, 2006 at 8:30 a.m.  The defendant's actual speedy trial date is June 30, 2006.  The parties therefore propose the following pre-trial and trial schedule:

    Trial Date: June 26, 2006 at 8:30 a.m.

    Final Pretrial Conference: June 5, 2006 at 2 p.m.

    Final Pretrial Conference Statement Due:  May 30, 2006

1    Moving parties shall serve all Motions in Limine on May 19, 2006 and all responses will

2  be served on May 26, 2006.  Moving parties will then collate the motion and opposition and file

3  both with the Court on May 30, 2006.

4    2.    The parties also jointly request that the case be sent out for a Settlement

5  Conference.

6

7    IT IS SO STIPULATED.

8

9  DATED: _____        Respectfully Submitted,

10

11    _____/S/_____

12    NAHLA RAJAN
      Special Assistant United States Attorney

13

14

15  DATED: _____    _____/S/_____

      DANIEL BLANK
16    Counsel for Pedro Becerra-Nuno

17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.    The Settlement Conference shall be
                                                    completed, if possible, by June 16,
19                                                  2006.

20  DATED: May 17, 2006    _____

21  HONORABLE JEFFREY S. WHITE
    United States District Judge

22

23    cc: Wings Hom

24

25

26

27

28

STIPULATION AND ~~PROPOSE~~D ORDER        2
CR 06-0242 JSW