KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0242 JSW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| ) | |
| v. ) | |
| ) | |
| PEDRO BECERRA-NUNO, ) | (18 U.S.C. § 3161 (h)(8)(A)) |
| ) | |
| Defendant. ) | |
| ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared on the instant matter April 13, 2006 for defendant's arraignment on the indictment before the Honorable Judge James Larson. On April 13, 2006, the matter was continued to April 27, 2006 for initial appearance in front of the Honorable Jeffrey S. White.

    2. On April 27, 2006, the parties appeared in front of the Honorable Jeffrey S. White and the matter was continued to May 11, 2006 for status / trial setting.

    3. On April 27, 2006, Assistant Federal Public Defender Daniel Blank, who represents the defendant, requested an exclusion of time from April 27, 2006 to May 11, 2006, based on

STIPULATION AND ~~PROPOSED~~ ORDER    1
CR 06-0242 JSW

1  effective preparation of counsel.  The parties moved that this same time period be excluded from
2  the calculation of time under the Speedy Trial Act.
3       3. In light of the foregoing facts, the failure to grant the requested exclusion would
4  unreasonably deny counsel for the defense the reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A),
6  (B)(iv).  The ends of justice would be served by the Court excluding the proposed time period.
7  These ends outweigh the best interest of the public and the defendant in a speedy trial.  See id. §
8  3161(h)(8)(A).
9       4. For the reasons stated, the time period from April 27, 2006 through May 11, 2006
10 shall be excluded from the calculation of time under the Speedy Trial Act.

12      IT IS SO STIPULATED.

14  DATED: _____                    Respectfully Submitted,

16                                              /S/
                                            _____
17                                          NAHLA RAJAN
                                            Special Assistant United States Attorney

19  DATED: _____                       /S/
                                            _____
20                                          DANIEL BLANK
                                            Counsel for Pedro Becerra-Nuno

22
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
23

25  DATED: May 17, 2006
                                            _____
26                                          HONORABLE JEFFREY S. WHITE
                                            United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER            2
CR 06-0242 JSW