BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BECERRA-NUNO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>PEDRO BECERRA-NUNO,<br><br>　　　　　　　Defendant. | No. CR 06-0242 JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER RESETTING PRETRIAL<br>CONFERENCE |

1  By order filed May 17, 2006, the Court, pursuant to stipulation, set the date for the Pretrial
2  Conference in the above-captioned matter for June 5, 2006, at 2:00 p.m. Unfortunately, undersigned
3  counsel for Mr. Becerra-Nuno has since learned that he must be out of state from June 5 through
4  June 7 on matters related to a murder case in San Jose set for trial on October 23, 2006.
5  Undersigned counsel will also not be available on June 12, 2006. In addition, the parties are
6  scheduled to appear before Judge James Larson for a settlement conference in this matter on June 8,
7  2006 at 1:30 p.m. Accordingly, the parties stipulate and jointly request that the Pretrial Conference
8  be reset for any date and time that is convenient for the Court, preferably the week of, but after, June
9  12, 2006. Pursuant to the Court's standing orders, the parties will file their joint Pretrial Conference
10 Statement seven days before the Pretrial Conference. All other dates will remain the same.

12 IT IS SO STIPULATED.

13                                    KEVIN V. RYAN
                                      United States Attorney

15 DATED: 5/18/06

                                      /s/ Nahla Rajan
16                                    NAHLA RAJAN
                                      Special Assistant United States Attorney

18 DATED: 5/19/06

                                      /s/ Daniel P. Blank
                                      DANIEL P. BLANK
19                                    Assistant Federal Public Defender
                                      Attorney for Benjamin Kerensa

20         The Pretrial Conference is reset to Tuesday, June 13, 2006 at
21 IT IS SO ORDERED.  10:00 a.m. The parties pretrial filings are due on June 6, 2006.

22 DATED: May 19, 2006
                                      /s/ Jeffrey S. White
                                      JEFFREY S. WHITE
                                      United States District Judge

STIP. & PROP. ORDER EXCL. TIME          1