BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BECERRA-NUNO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 06-0242 JSW |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER GRANTING RELIEF FROM COURT'S STANDING ORDER REGARDING MOTIONS IN LIMINE |
| PEDRO BECERRA-NUNO, | ) | |
| Defendant. | ) | |

The Court's standing order directs the parties to serve on each other, but not file, their motions in limine and oppositions to motions in limine. Then, once the oppositions are received, the moving party is "collate the motion and the opposition together, back to back, and then file the paired sets." Finally, a binder containing all motions in limine is to be submitted to the Clerk's office. However, with the advent of electronic filing, the parties are concerned about the practical ability and propriety of filing each other's motions as set forth in the standing order. Instead, the parties propose to file their own motions and oppositions electronically in the normal course and then collate the memoranda and submit the electronically filed memoranda in a binder as directed in the Court's standing order.

IT IS SO STIPULATED.

KEVIN V. RYAN
United States Attorney

DATED: 5/30/2006  _____/S/_____
NAHLA RAJAN
Special Assistant United States Attorney

DATED: 5/30/2006  _____/S/_____
DANIEL P. BLANK
Assistant Federal Public Defender
Attorney for Pedro Becerra-Nuno

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

IT IS SO ORDERED.

DATED: May 31, 2006

_____
JEFFREY S. WHITE
United States District Judge

STIP. & ~~PROP~~. ORDER